## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KERRY HOOLEY and )<br>(2) AMY HOOLEY, husband and wife, )<br>)<br>         Plaintiffs, )<br>)<br>vs. )<br>)<br>(1) ARGENT MORTGAGE COMPANY, LLC; )<br>(2) PATRICIA PETTINGILL, an individual; )<br>(3) DENNIS MILLER, an individual; )<br>(4) RON PORTER, an individual; )<br>(5) LAWYER'S TITLE; )<br>(6) LONGHORN MORTGAGE LIMITED )<br>    LIABILITY COMPANY; and )<br>(7) LANDRUN MANUFACTURED HOMES, )<br>)<br>         Defendants. )<br>and )<br>)<br>(1) PATRICIA PETTINGILL, an individual; and )<br>(2) RON PORTER, an individual, )<br>)<br>         Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>(1) STACY RUSSELL, an individual, )<br>)<br>         Third-Party Defendant. )<br>and )<br>)<br>(1) DENNIS MILLER, )<br>)<br>         Third-Party Plaintiff, )<br>v. )<br>)<br>(2) STACY RUSSELL, )<br>)<br>         Third-Party Defendant, ) | CASE NO: CIV-05-862-HE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Kerry Hooley, Amy Hooley, Argent Mortgage Company, LLC, Patricia Pettingill, Dennis Miller, Ron Porter, Longhorn Mortgage Limited Liability Company, Landrun Manufactured Homes and Stacy Russell and hereby stipulate that all, claims, cross-claims,

counter-claims and/or third-party claims against any Parties to this legal action are dismissed with prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure this Stipulation of Dismissal is signed by all parties that remain in this action.

Submitted this 29th day of December 2008.

**S/ James E. Dunn**
James E. Dunn, OBA # 15222
James E. Dunn & Associates
116 South Walker
Oklahoma City, OK 73102
(405) 239-1000

Attorney for Plaintiffs

**S/ Greg Eldridge**
Greg Eldridge, OBA # 14950
Eldridge Law Office, PLLC
116 South Walker
Oklahoma City, OK 73102
(405) 601-2420

Attorney for Plaintiffs

**S/ Chuck Moss**
(*Signed by Filing Attorney with Permission Of Defendants' Attorney*)
Chuck Moss, OBA # 6465
500 N. Meridian, # 300
Oklahoma City, OK 73107
(405) 949-5544

Attorney for Patricia Pettingill, Ron Porter,
Landrun Manufactured Homes and Longhorn Mortgage Limited Liability Company

**S/ Albert L. Tait, Jr**
(*Signed by Filing Attorney with Permission Of Defendant's Attorney*)
Albert L. Tait, Jr., OBA # 8824
Fenton Fenton Smith Reneau & Moon
One Leadership Square, Ste 800N
211 N. Robinson
Oklahoma City, OK 73102-7106

(405) 235-4671

Attorney for Dennis Miller


**S/ Matthew J. Hudspeth**
(*Signed by Filing Attorney with Permission Of Defendant's Attorney*)
Matthew J. Hudspeth, OBA # 14613
6846 S. Canton, Suite 100
Tulsa, OK 74136
(918) 491-3100

Attorney for Argent Mortgage Company